In the Matter of LANDON ZUCKERMAN and SAM HABER, Attorneys, Respondents. SAMUEL GREASON, Petitioner.

Beldock, P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.